# United States Court of Appeals for the Federal Circuit

---

**HYUNDAI ELECTRIC & ENERGY SYSTEMS,**
*Plaintiff-Appellant*

v.

**UNITED STATES, ABB ENTERPRISE SOFTWARE INC.,**
*Defendants-Appellees*

---

2021-1009

---

Appeal from the United States Court of International Trade in No. 1:19-cv-00058-MAB, Judge Mark A. Barnett.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered October 4, 2021, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

November 29, 2021    /s/ Peter R. Marksteiner
        Peter R. Marksteiner
        Clerk of Court